# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT RODRIGUEZ | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> LOS ANGELES POLICE DEPARTMENT, et al. <br><br> DEFENDANT(S). | CV 16-02048-RGK (JPRx) <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable R. GARY KLAUSNER, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s): ROBERT RODRIGUEZ

recover of the defendant(s):

DOUGLAS JOHNSON, an individual

the sum of FOUR HUNDRED THIRTY-FIVE THOUSAND DOLLARS ($435,000) with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: March 9, 2017

By: S. Williams
Deputy Clerk

At: Los Angeles, California

cc: *Counsel of record*